STATE OF NEW JERSEY v. MICHAEL STEPHENS.

October 13, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES VITO MONTEMARANO.

October 13, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. SCOTT CAIN.

October 13, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. JUAN MUNOZ CRUZ.

October 14, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. GLENN CUNNINGHAM.

October 14, 1987.

Petition for certification denied.